## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Damien Lashaun Nelson,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Dakota County et al.,<br><br>　　　　Defendants. | Case No. 24-cv-4559 JRT/ECW<br><br>**ORDER** |

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated January 13, 2025, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED** that:

1. This action is **DISMISSED WITHOUT PREJUDICE**, as frivolous, under 28 U.S.C. § 1915A(b).

2. Plaintiff Damien Lashaun Nelson's Application to Proceed in District Court Without Prepaying Fees or Costs (Dkt. 2) is **DENIED** as moot.

3. Nelson must pay this action's statutory filing fee ($350.00) in the manner prescribed by 28 U.S.C. § 1915(b)(2), and the Clerk of Court shall provide notice of this requirement to the authorities at the institution where Plaintiff is confined.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 2/12/2025

　　　　　　　　　　　　　　　　　　　s/Patrick J. Schiltz
　　　　　　　　　　　　　　　　　　　PATRICK J. SCHILTZ
　　　　　　　　　　　　　　　　　　　Chief United States District Judge